UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELLIOTT AMQUIP, LLC d/b/a POWELL AND SONS CRANE RENTAL, | : <br> : <br> : |
| Plaintiff, | : CIVIL ACTION FILE NO.: <br> : 1:11-cv-1814-CAP |
| vs. | : <br> : |
| BAY ELECTRIC CO., INC., | : <br> : |
| Defendant. | : <br> : |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
<u>**AND CORPORATE DISCLOSURE STATEMENT**</u>

Plaintiff, ELLIOTT AMQUIP, LLC d/b/a POWELL AND SONS CRANE RENTAL, ("Elliott Amquip"), hereby discloses the following regarding interested persons and corporate disclosures:

1)      the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

    a.    Elliott Amquip, LLC d/b/a Powell and Sons Crane Rental is a privately owned company that is 100% owned by Amquip Crane Rental, LLC, which is 100% owned by Bard Capital Group, LLC, which is 100% owned by Altpoint Capital Partners.

    b.    P. Keith Lichtman, Esq., of the law firm of Mills Paskert Divers, Robert G. Ruggieri, Esq. (to be admitted pro hac vice), Jason A. Copley, Esq. (to be admitted pro hac vice) and Jason C. Tomasulo, Esq., all of the law firm of Cohen, Seglias, Pallas, Greenhall & Furman, P.C., are counsel for the Plaintiff in this action.

2) **the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.**

    None

3) **the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors).**

    Unknown at this time.

4) **the name of each victim (individual and corporate), including every person who may be entitled to restitution.**

None

5) **Check one of the following:**

__X__ a.  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____ b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated July 29, 2011.

                                                      Respectfully submitted,
                                                     MILLS PASKERT DIVERS

                                                     __s/ P. Keith Lichtman__
                                                     P. Keith Lichtman, Esq.
                                                     Georgia Bar No. 521321
                                                     1355 Peachtree Street, NE. Suite 1550
                                                     Atlanta, Georgia 30309
                                                     (404) 870-8200  Telephone
                                                     (404) 870-3080  Facsimile
                                                     klichtman@mpdlegal.com
                                                     *Counsel for Plaintiff*

## ELECTRONIC CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2011, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may also access this filing through the Court's ECF/CM system.

/s/ P. Keith Lichtman, Esq.
Attorney